## SWORTFIGUER v. WHITE et al.[*]

### S. F. No. 2732; August 23, 1901.

#### 66 Pac. 80.

**Appeal.—Where Two Appeals are Taken by the Same Party** from the same judgment, and no question is raised as to the validity of the first appeal, the second appeal should be dismissed.

**Appeal—Notice.—Where There is No Properly Certified Copy** of the notice of appeal in the record of the appeal, the appellant, on motion, may be authorized to complete the record by supplying the defect.

APPEAL from Superior Court, City and County of San Francisco; J. C. B. Hebbard, Judge.

Action by Esther E. Swortfiguer against Charles G. White and others. From a judgment for defendants, plaintiff took two appeals. Second appeal dismissed.

Pringle & Pringle for appellant; N. H. Barrows for respondents.

[*]For subsequent opinion, see case following.

TEMPLE, J.—It appearing that two appeals have been taken from the same judgment by the plaintiff, and that no question is raised as to the validity of the first appeal, it is, therefore, on motion, ordered that the second appeal, taken October 20, 1900, be dismissed. It is further ordered, on motion of appellant, that said appellant may complete the record of the first appeal by supplying a properly certified copy of the notice of appeal.

We concur: McFarland, J.; Henshaw, J.